IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )         2:21cr190-MHT
                              )              (WO)
NAAMAN RASHAD JACKSON         )
```

SUPPLEMENTAL ORDER ON TREATMENT-RELATED SPECIAL
CONDITIONS OF SUPERVISED RELEASE

In accordance with the provisions of the judgment of conviction, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall:

(1) Arrange for defendant Naaman Rashad Jackson to participate in a substance-abuse treatment program as appropriate.

(2) Arrange for defendant Jackson to participate in mental-health treatment as appropriate. This mental-health treatment shall include twice monthly individual cognitive-behavioral therapy, as well as a consultation with a psychiatrist for medication management, consistent with the recommendation of Dr.

Kale Kirkland in Jackson's November 2021 psychological

evaluation (Doc. 694-1).

DONE, this the 2nd day of June, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE