**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr190-MHT** |
| | ) | **(WO)** |
| **NAAMAN RASHAD JACKSON** | ) | |

**ORDER**

In the supplemental order on treatment-related special conditions of supervised release for defendant Naaman Rashad Jackson (Doc. 1179), the court incorrectly referred to "conditions of supervised release" when it should have referred to "conditions of probation." Accordingly, it is ORDERED that said order is amended to refer to "conditions of probation."

DONE, this the 23rd day of June, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**