IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )         2:21cr190-MHT
                            )             (WO)
NAAMAN RASHAD JACKSON       )
```

## ORDER

Upon consideration of the probation officer's motion for early termination of defendant Naaman Rashad Jackson's probation, as well as the report that Jackson has complied with all terms of probation for one year (including mental-health treatment and drug testing), and having orally confirmed that the government does not oppose the motion, it is ORDERED that:

(1) The motion for early termination of probation (Doc. 1314) is granted.

(2) Defendant Naaman Rashad Jackson's probation is terminated effective immediately, and he is discharged.

DONE, this the 29th day of June, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE